# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **SOHO LOGISTIC INC.**, <br> 14736 Nelson Avenue <br> City of Industry, CA 91744 <br><br> Plaintiff, <br><br> v. <br><br> **INXEPTION CORPORATION**, <br> 101 South Fifth Street, Floor 29 <br> Louisville, KY 40202 <br><br> Defendant. | Case No. 3:24-CV-6-RG |

## JUDGMENT AGAINST DEFENDANT INXEPTION CORPORATION

Pursuant to a Settlement Agreement and Mutual Release and Stipulated Entry of Judgment executed by the parties on or about March 12, 2024, Plaintiff, Soho Logistic, Inc. ("Plaintiff") files this judgment against Defendant, Inxeption Corporation ("Defendant") based on its failure to make certain payments under the parties' Settlement Agreement. The Stipulated Entry of Judgment permits Plaintiff to file this judgment *Ex Parte* based on a Declaration of a representative of Plaintiff that Defendant is in default. The Declaration of Plaintiff's Representative is filed contemporaneously herewith, confirming that Defendant is in default under the Settlement Agreement after receiving a Notice of Default and being afforded at least fourteen (14) days to cure. *See* Declaration of Emma Chen, p. 1, ¶ 4-p. 2, ¶ 8. As a result, Defendant is liable for an outstanding balance totaling One Hundred Seven Thousand Five Hundred and No/100 Dollars ($107,500.00). *Id.* at p. 2, ¶ 9. Due to Defendant's default, Plaintiff is also entitled to post-judgment interest, attorney's fees, and costs as set forth in the Stipulated Entry of Judgment. *Id.* at p. 2, ¶ 10.

**WHEREFORE,** it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Soho Logistic, Inc., shall be granted a judgment against Defendant, Inxeption Corporation, for a total of One Hundred Seven Thousand Five Hundred Dollars and No/100 Dollars ($107,500.00) along with post-judgment interest at the legal rate.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Soho Logistic, Inc. shall be awarded a judgment for reasonable attorney's fees for entering, executing, and enforcing the Stipulation of Entry of Judgment, for which Plaintiff's counsel will file a separate affidavit upon incurring these fees in full.

It is further **ORDERED, ADJUDGED,** and **DECREED** that execution may issue to enforce any provisions of this Order, if necessary.

Dated this ____ day of September 19, 2024 _____, 2024.

Rebecca Grady Jennings, District Judge
United States District Court

APPROVED FOR ENTRY:

**SPENCER FANE, LLP**

 s/ Courtney Lutz Creal
Courtney Lutz (Creal) (Bar No. 97037)
511 Union Street, Suite 1000
Nashville, Tennessee 37219
(615) 238-6393
ccreal@spencerfane.com

*Counsel for Plaintiff*